IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL WILLIAMS, | ) | |
| # 113338, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-CV-1017-WKW[WO] |
| | ) | |
| BOB RILEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

On November 23, 2009, the Magistrate Judge filed a Recommendation in this case (Doc. # 6), to which no objections were filed. Upon independent review of the record, and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 6) is ADOPTED; and

(2) this case is DISMISSED with prejudice prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii), and (iii).

DONE this 5th day of January, 2010.

                                         /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE